IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01710-MSK-BNB

DANIEL FLYNN,

        Plaintiff,

v.

PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey corporation,

        Defendant.

---

### NOTICE OF SETTLEMENT

---

COMES NOW the Defendant, Professional Recovery Services, Inc. (the "Defendant") by and through its counsel, Adam L. Plotkin, P.C., and hereby notifies this Court that the parties herein have resolved their differences.  The parties anticipate they will need two (2) weeks to reduce their settlement to writing and submit a stipulated motion to dismiss with prejudice to this Court.

        Dated: October 7, 2005.

        Respectfully submitted,

        ADAM L. PLOTKIN, P.C.

By:    s/ Adam L. Plotkin_____
        **Adam L. Plotkin, No. 23350**
        621 Seventeenth Street, Suite 2400
        Denver, Colorado 80293
        Telephone: (303) 296-3566
        FAX: (303) 296-3544
        E-mail: aplotkin@alp-pc.com
        Attorneys for Defendant

## <u>Certificate of Service</u>

   I hereby certify that on October 7, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

   larsonlawoffice@yahoo.com.

        By: <u>s/ Adam L. Plotkin</u>

           **Adam L. Plotkin, No. 23350**
           621 Seventeenth Street, Suite 2400
           Denver, Colorado 80293
           Telephone: (303) 296-3566
           FAX: (303) 296-3544
           E-mail: aplotkin@alp-pc.com
           Attorneys for Defendant