IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01710-MSK-BNB

DANIEL FLYNN,

    Plaintiff,

v.

PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey corporation,

    Defendant.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

COMES NOW the Plaintiff, by and through his attorney, David M. Larson, and the Defendant, by and through their attorney, Adam L. Plotkin, and hereby prays that this Court enter an order dismissing with prejudice the above captioned matter, each party to pay its own costs and attorney's fees. As reason therefore, it is shown unto the Court as follows:

1. The parties have hereunto compromised their differences and reached a negotiated settlement with regard to the Complaint.

WHEREFORE, IT IS PRAYED this Honorable Court enter an Order Dismissing the above captioned matter with prejudice, each party to pay its own costs and attorney's fees.

Respectfully submitted this 27th day of October, 2005.


 s/ David M. Larson
David M. Larson, Esq.
405 S. Cascade Avenue, Suite 304
Colorado Springs, CO 80903
(719) 473-0006
Attorney for the Plaintiff



 s/ Adam L. Plotkin
Adam L. Plotkin, Esq.
Adam L. Plotkin, PC
621 17th Street Ste 2400
Denver, CO 80293
(303) 296-3566
Attorney for the Defendant