IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01710-MSK-BNB

DANIEL FLYNN,

    Plaintiff,

v.

PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey corporation,

    Defendant.

_____

### ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE
_____

THE COURT having reviewed the Stipulated Motion to Dismiss With Prejudice **(#7)** and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay its own costs and attorney's fees. The clerk shall close this case.

DATED this 31st day of October, 2005.

                                                            **BY THE COURT:**

                                                            *(signature)*

                                                            Marcia S. Krieger
                                                           United States District Judge